IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MATTHEW P. M.,**

    **Plaintiff,**

    vs.                              CIV NO. 1:25-cv-00232-KRS

**FRANK BISIGNANO,**[1]
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines (the "Motion"), (Doc. 11), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file his Motion to Reverse or Remand to the Agency no later than **June 30, 2025**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **July 30, 2025**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response.

                                              _/s/ Kevin Sweazea_
                                              KEVIN R. SWEAZEA
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).