IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MATTHEW P. M.,**

    **Plaintiff,**

    vs.                                                CIV NO. 1:25-cv-00232-KRS

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR SECOND EXTENSION

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines (the "Motion"), (Doc. 13), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file his Motion to Reverse or Remand to the Agency no later than **July 30, 2025**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **August 29, 2025**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files his response. All supporting memoranda filed pursuant to this Order must cite the administrative record, (Doc. 10), when making assertions of fact, and that propositions of law shall be supported by citations to authority.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE